# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BIORA THERAPEUTICS, INC.,[1] | ) | Case No. 24-12849 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of The Official Committee of Unsecured Creditors (the "Committee"), in the above-referenced chapter 11 case, and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceeding, whether formal or informal, be served on the Committee by and through their counsel as follows:

Bradford J. Sandler, Esq.
Paul J. Labov, Esq. (*pro hac vice* forthcoming)
Cia H. Mackle, Esq. (*pro hac vice* forthcoming)
Theodore S. Heckel, Esq. (*pro hac vice* forthcoming)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com
theckel@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation

---

[1] The last four digits of Biora Therapeutics, Inc.'s federal tax identification number are 0390. Biora Therapeutics, Inc.'s service address is 10070 Carroll Canyon Road, Suite 100, San Diego, CA 92131.

(i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 16, 2024

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES, LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler, Esq.
Paul J. Labov, Esq. (*pro hac vice* forthcoming)
Cia H. Mackle, Esq. (*pro hac vice* forthcoming)
Theodore S. Heckel, Esq. (*pro hac vice* forthcoming)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com
theckel@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*