### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Biora Therapeutics, Inc., | Case No. 24-12849 (BLS) |
| Debtor. | Related to Docket No. 121 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **DATE** | **TIME** |
|---|---|
| February 25, 2025 | 1:30 p.m. (ET) |

**Dated:** January 30th, 2025
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**