IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Biora Therapeutics, Inc.,[1] | Case No. 24-12849 (BLS) |
| Debtor. | **Related to Docket Nos. 229, 251** |

### CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE CASE PERIOD FROM DECEMBER 27, 2024, THROUGH AND INCLUDING THE FINAL FEE APPLICATION HEARING

The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the *First and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Case Period from December 27, 2024, Through and Including the Final Fee Application Hearing* [Docket No. 229] (the "Application"), filed by the debtor (the "Debtor") on April 16, 2025.[2] The undersigned counsel further certifies that he has reviewed the Court's docket and no objection to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 110] (the "Interim Compensation Order"), the notice of Application set a deadline of May 7,

---

[1] The last four digits of Biora Therapeutics, Inc.'s federal tax identification number are 0390. Biora Therapeutics, Inc.'s service address is 10070 Carroll Canyon Road, Suite 100, San Diego, CA 92131.

[2] On May 9, 2025, counsel to the Debtor filed the *Notice of Filing of Supplement to First and Final Fee Application of McDermott Will & Emery LLP, Counsel to the Debtor and Debtor in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Case Period from December 27, 2024, Through and Including the Final Fee Application Hearing* [Docket No. 251], which attached time and expense detail for the period from April 10, 2025 through May 7, 2025.

2025 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

| | |
|---|---|
| Dated: May 12, 2025<br>Wilmington, Delaware | */s/ David R. Hurst* |
| | David R. Hurst (I.D. No. 3743)<br>Andrew A. Mark (I.D. No. 6861)<br>MCDERMOTT WILL & EMERY LLP<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 485-3900<br>Facsimile: (302) 351-8711<br>Email: dhurst@mwe.com<br>         amark@mwe.com |

-and-

Jonathan I. Levine (admitted *pro hac vice*)
Lucas B. Barrett (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: jlevine@mwe.com
         lbarrett@mwe.com

-and-

Bradley Thomas Giordano (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: bgiordano@mwe.com
         cdingman@mwe.com

*Counsel to the Debtor and Debtor in Possession*